**Order entered March 4, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00062-CV

### LEE MERWIN AND BETTY MERWIN, Appellants

### V.

### JANICE RUSHING AND LIGE RUSHING, JR., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08876**

### ORDER

Before the Court is the March 3, 2021 request of Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **April 5, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE